IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00223-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| EDUARDO VAZQUEZ | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant to hold this matter in abeyance pending receipt of medical records from the Bureau of Prisons, (Doc. No. 46), and motion of the government to hold this matter further in abeyance pending exhaustion of the defendant's administrative remedies, (Doc. No. 47).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 46), is **GRANTED**. The defendant shall file his supplement to the pro se Motion for Reconsideration, (Doc. No. 37), or a status update on or before November 15, 2019. In the supplement, or in a separate pleading, the defendant should address the government's Motion for Abeyance, (Doc. No. 47).

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and the United States Attorney.

Signed: October 11, 2019

Robert J. Conrad, Jr.
United States District Judge