IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00223-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDUARDO VAZQUEZ | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the government's motion, (Doc. No. 47), and the defendant's response, (Doc. No. 52), consenting to holding this matter in abeyance pending exhaustion of the defendant's administrative remedies.

**IT IS, THEREFORE, ORDERED** that this matter is stayed pending the issuance of a final administrative decision by the Bureau of Prisons on the defendant's request for a compassionate-release reduction in sentence.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and the United States Attorney.

Signed: December 30, 2019

Robert J. Conrad, Jr.
United States District Judge