IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00223-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDUARDO VAZQUEZ | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit, (Doc. No. 42: Order), to consider the defendant's pro se motion for reconsideration, (Doc. No. 37), on the merits. Also before the Court are the defendant's motion for compassionate release, (Doc. No. 56), and motion for emergency consideration, (Doc. No. 58), filed through counsel, and the government's response, (Doc. No. 59), in support of compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act.

Based on the entire record in this case, the Court finds extraordinary and compelling reasons to warrant a reduction in sentence. The Court further finds that such reduction is consistent with applicable policy statements issued by the Sentencing Commission.

**IT IS, THEREFORE, ORDERED** that the defendant's motion to reconsider, (Doc. No. 37) is **GRANTED** and the defendant's sentence of imprisonment is reduced to the time served plus up to 10 days to process his release. All other terms and conditions previously imposed remain unchanged.

**IT IS FURTHER ORDERED** that the defendant's other motions, (Doc. No. 56, 58), are **DISMISSED** as moot.

The Clerk is directed to certify copies of this Order to the defendant, the Federal Defender, the United States Attorney, the United States Probation Office, the United States Marshals Service, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: April 7, 2020

Robert J. Conrad, Jr.
United States District Judge